[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-12484
Non-Argument Calendar
_____

D.C. Docket No. 1:13-cr-00423-RDP-SGC-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHRISTOPHER GREGORY HERRERA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama
_____

(April 22, 2015)

Before MARCUS, WILLIAM PRYOR and EDMONDSON, Circuit Judges.

PER CURIAM:

Katherine P. Luker, appointed counsel for Christopher Herrera in this direct

criminal appeal, has moved to withdraw from further representation of the appellant

and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18

L.Ed.2d 493 (1967).   Our independent review of the entire record reveals that

counsel's assessment of the relative merit of the appeal is correct.   Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Herrera's conviction and sentence are **AFFIRMED**.